UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No. 2:24-cv-02391 (SJB) (AYS)

-------------------------------------------------------------------------X

JOHN DOE #1, JOHN DOE #2, AND
JOHN DOE #3,

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

                    Plaintiffs,

- against -

SAND CASTLE CATERERS, INC., and
ENRIQUE SANCHEZ, and NICHOLAOS
BOULTADAKIS, *Individually*,

                    Defendants.

-------------------------------------------------------------------------X

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed, or conservatee, and no person not a party has any interest in the subject matter of the action, the above-captioned action be, and the same hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees, except as otherwise agreed in writing between the parties.

       This Stipulation may be signed by counsel and delivered to other counsel by facsimile or electronic means and may be filed with the Court as such. Signatures transmitted by facsimile or electronic mail shall be deemed originals for all purposes.

**JOSEPH & NORINSBERG, LLC**

By: _____

    Jitesh Dudani, Esq.
    One World Trade Center, Floor 85
    New York, NY 10007
    *Attorneys for Plaintiffs*


**RYAN, BRENNAN & DONNELLY LLP**

By: _____

    John F. Ryan, Esq.
    131 Tulip Avenue
    Floral Park, New York 11001
    *Attorneys for Defendants Sand Castle
    Caterers, Inc. and Nicholaos Boultadakis*

Dated: ___5/18___, 2026

Dated: ___5-19-2026___, 2026

1

HARRIS BEACH MURTHA PLLC

By: _____
Jessica Molinares Kalpakis, Esq.
333 Earle Ovington Blvd., Suite 901
Uniondale, New York 11553
*Attorneys for Defendant Enrique Sanchez*

Dated: _____ May 20 _____. 2026


SO ORDERED.

/s/ Sanket J. Bulsara   May 29, 2026
SANKET J. BULSARA
United States District Judge


Date:   May 29, 2026
        Central Islip, New York